**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:19-mj-08369-BER

USA

                        Plaintiff(s),

vs.

Carrington N. Thomas

                        Defendant(s).
_____/

FILED BY ___cbs___ D.C.

SEP 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
    Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Defendant's Exh #1

[ ] Attachments
(Exhibit list, Order of Court)

Signature: *M[signature]*
Print Name: M. Caroline McCrae
Agency or Firm: Federal Public Defenders Ofc
Address: 450 S. Australian Ave, Suite 500
West Palm Beach, FL 33401

Exhibits Released by:

*[signature]*
(Deputy Clerk)

Telephone: 407-462-1341
Date: 9/18/19

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record