UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cr-80178-Smith/Matthewman
21 U.S.C. §841(a)(1)

UNITED STATES OF AMERICA

vs.

CARRINGTON N. THOMAS,
a/k/a "Big,"
    Defendant.
_____/

FILED BY ___SP___ D.C.
Sep 24, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 19, 2019, in Palm Beach County in the Southern District of Florida, the defendant,

**CARRINGTON N. THOMAS,**
**a/k/a "Big,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JENNIFER C. NUCCI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CARRINGTON N. THOMAS, a/k/a "Big,

_____ Defendant. _____/

CASE NO. 19-cr-80178-Smith/Matthewman

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami    ___ Key West
___ FTL      ✓ WPB    ___ FTP

New defendant(s)              Yes ___  No ___
Number of new defendants      ___
Total number of counts        ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __2-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

   I    0 to 5 days         ✓              Petty     ___
   II   6 to 10 days        ___            Minor     ___
   III  11 to 20 days       ___            Misdem.   ___
   IV   21 to 60 days       ___            Felony    ✓
   V    61 days and over    ___

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes: Magistrate Case No.    19-8369-BER
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of    08-30-19
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
JENNIFER C. NUCCI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 171700

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   **CARRINGTON N. THOMAS, a/k/a "Big,"**

**Case No:** 19-cr-80178-Smith/Matthewman

Counts #: 1

Distribution of a controlled substance

Title 21, U.S.C. Section 841(a)(1) and (b)(1)(C)

**\* Max. Penalty**: 0-20 Years Imprisonment; mandatory minimum term of 3 years of Supervised Release up to a maximum of lifetime supervised release; $1,000,000 Fine; and $100 Special Assessment

**\*Refers only to possible term of incarceration, parole terms, or forfeitures that may be applicable.**