UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80178-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARRINGTON N. THOMAS,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, Carrington N. Thomas, respectfully moves this Court to continue the trial currently scheduled in this case, and in support thereof states:

1. Mr. Thomas is charged with distribution of a controlled substance. (DE 16). If convicted as charged, Mr. Thomas faces up to twenty years imprisonment. (DE 16).

2. The government has filed a response to the standing discovery order and provided the defense with discovery in the matter. (DE 18). The undersigned has reviewed the government's submission; however, additional investigation is required before the parties will be able to complete negotiations of this matter.

3. The undersigned began a jury trial before Judge Cohn on October 7, 2019, and the jury began deliberations on October 21, 2019. (19-CR-80013-Marra(Cohn)(s), DEs 120 & 135).

4. The parties would like to have the opportunity to continue negotiations in order to determine if this case may be resolved without the necessity of a trial. In order to avoid the parties unnecessarily prepared for a trial, the undersigned requests

a continuance of the trial date currently scheduled for November 19, 2019. (*See* DE 19).

5.   The ends of justice served by granting this continuance outweigh the public's interest in a speedy trial, and the time from the date of the filing of this motion until the next trial setting in this matter should be excluded from the calculations under the Speedy Trial Act.

6.   Mr. Thomas requests a 60 day continuance to a trial setting in January. The undersigned is currently in trial and will be out of the office during the week of October 28, 2019. A continuance of 60 days will allow the parties to continue negotiations, and if the parties are not able to reach a negotiated resolution by the end of November, then the parties will have a sufficient time to prepare before the January trial. In the event the parties reach a negotiated resolution in November, then the undersigned will notify chambers that a trial will not be required in the case.

7.   The undersigned has consulted with Assistant United States Attorney Jennifer Nucci who advised the government does not oppose the relief requested.

Wherefore, Mr. Thomas, through counsel, requests a continuance of the trial date in this matter until a trial setting in January 2020.

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/ M. Caroline McCrae
M. Caroline McCrae
Assistant Federal Public Defender
Florida Bar No. 72164
450 S. Australian Ave, Suite 500

West Palm Beach, Florida 33460
Tel: (561) 833-6288
E-mail: caroline_mccrae@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ M. Caroline McCrae
M. Caroline McCrae