UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80178-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARRINGTON N. THOMAS,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

    The defendant, Carrington Thomas, through counsel, hereby moves to continue the trial in this matter, which is currently scheduled for December 23, 2019, and in support, Mr. Thomas states:

    1.    Mr. Thomas is charged with distribution of a controlled substance. (DE 16). If convicted as charged, Mr. Thomas faces up to twenty years imprisonment. (DE 16).

    2.    This case is currently set for calendar call on December 17, 2019 and trial on December 23, 2019. (DE 21). Motions in limine are due on November 14, 2019. (DE 21). Given this schedule, the government has set a plea deadline for the third point for acceptance of responsibility as November 5, 2019.

    3.    The undersigned has been unable to communicate this deadline to Mr. Thomas, because she was out of the office during the week of October 28, 2019.

    4.    An irreconcilable difference between Mr. Thomas and another client of

the Law Office of the Public Defender, and the undersigned needs to move to withdraw from the representation of Mr. Thomas.

5. A continuance of the calendar call and trial date, as well as the deadline for pretrial motions is required so that Mr. Thomas can receive court appointed counsel without a conflict of interest to advise him regarding the potential loss of the third point for acceptance of responsibility.

6. Mr. Thomas requests a 30-day continuance of the calendar call, trial date, and deadline for pretrial motions so that the parties may continue to negotiate after Mr. Thomas receives new counsel.

7. The ends of justice served by granting a continuance outweigh the public's interest in a speedy trial, and the time from the date of filing this motion through the next trial setting in this matter should be excluded from the calculations under the Speedy Trial Act.

8. The undersigned has consulted with Assistant United States Attorney Jennifer Nucci, and she has no objection to the above request.

Accordingly, Mr. Thomas requests that the Court continue the preliminary hearing or arraignment in this matter to September 26, 2019. The ends of justice served by this delay outweigh the interests of the defendant and of the public in a speedy trial under 18 U.S.C. § 3161(h), and Mr. Thomas agrees that the period of time from September 13, 2019 up to and including September 26, 2019 should be excluded in computing the time within which an information or indictment must be filed.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
450 South Australian Avenue Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Caroline_mccrae@fd.org - Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae