UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80178-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARRINGTON N. THOMAS,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court upon the Defendant's Unopposed Motion to Continue Trial. For the reasons stated in the motion, and the Government having no objections, it is hereby,

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7), that the ends of justice served by this continuant outweigh the best interest of the defendant and the public in a speedy trial. Specifically, the Court finds that the Defendant has met two of the factors set out in § 3161(h)(7)(B)—namely, that under § 3161(h)(7)(B)(i) failure to grant the continuance would result in a miscarriage of justice in that the Defendant would not have time to consult with conflict free counsel; and that under § 3161(h)(7)(B)(v) failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation.

Accordingly, the period of delay resulting from this continuance—from

November 5, 2019, through the start of trial—shall be considered excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

**DONE AND ORDERED**, in Chambers, Fort Lauderdale, Florida, this ____ day of November, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record