UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80178-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARRINGTON N. THOMAS,

    Defendant.
_____/

**MOTION TO WITHDRAW AND APPOINT CONFLICT-FREE COUNSEL**

    The Federal Public Defender respectfully files this Motion to Withdraw and to Appoint Conflict-Free Counsel, and, in support thereof, states as follows:

    1.    Mr. Thomas is charged with distribution of a controlled substance. (DE 16). If convicted as charged, Mr. Thomas faces up to twenty years imprisonment. (DE 16). The Federal Public Defender has been appointed to represent Mr. Thomas. (DE 2).

    2.    On November 5, 2019, the undersigned was informed by her office that an irreconcilable conflict has arisen between Mr. Thomas and another client of the Federal Public Defender.

    3.    This Court's local rules incorporate the Florida Bar's Rules of Professional Conduct. *See* Local Rule 11.1.C. Under the Rules of Professional Conduct, a lawyer generally may not represent a client if such representation would be directly adverse to that of another client or if the lawyer's independent judgment

in such representation would be materially limited by a duty to another person. *See* Rules Regulating the Florida Bar ("RRTFB"), Rule 4-1.7(a) & (b).

4. In Florida, public defender's offices are treated as law firms for purposes of imputed conflicts of interest. *See Ward v. Florida*, 753 So. 2d 705, 708 (Fla. 1st DCA 2000); *see also* RRTFB Rule 4-1.10 (defining "firm" to include "legal services organization"). All members of a firm are prohibited from knowingly representing a client where any lawyer in that firm acting alone could not represent that client.

5. Undersigned counsel's office, and hence undersigned counsel, have a conflict as to the continued representation of Mr. Thomas. Accordingly, it is respectfully requested that the Court permit the Federal Public Defender to withdraw and that conflict-free counsel be appointed.

6. This motion is filed in good faith and not to cause undue delay.

7. Undersigned counsel has contacted Assistant United States Attorney Jennifer Nucci was advised she has no objection to the requested relief.

WHEREFORE, the Federal Public Defender respectfully requests this Court to grant this Motion to Withdraw and to Appoint Conflict-Free Counsel for Mr. Thomas.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By: *s/M. Caroline McCrae*
    Caroline McCrae
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 72164

>450 South Australian Avenue Suite 500
>West Palm Beach, Florida 33401
>(561) 833-6288 - Telephone
>*Caroline_mccrae@fd.org* - Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*s/M. Caroline McCrae*
>M. Caroline McCrae