UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80178-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARRINGTON N. THOMAS,

    Defendant.

_____/

### ORDER GRANTING FEDERAL PUBLIC DEFENDER'S MOTION TO WITHDRAW AND APPOINT CONFLICT-FREE COUNSEL

This cause having come before the Court on the Federal Public Defender's Motion to Withdraw and Appoint Conflict-Free Counsel, and the Court being fully appraised of the matters therein, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The Federal Public Defender is terminated from this case, and _____ is appointed to represent Mr. Thomas.

DONE AND ORDERED in chambers in Fort Lauderdale, Florida, this _____ day of November, 2019.

                                                                              _____

                                                                              RODNEY SMITH
                                                                              UNITED STATES DISTRICT JUDGE

cc: counsel of record